IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01110-TPO

fnu NIDYAWATI,

      Petitioner,

v.

JUAN BALTASAR, Warden,
GEO Group ICE Processing Center;

GEORGE VALDEZ, Denver Field Office Director,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,

TODD LYONS, Acting Director,
U.S. Immigration and Customs Enforcement, and

TODD BLANCHE, Acting U.S. Attorney General,

in their official capacities,[1]

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 26, 2026.**

This matter comes before this Court upon its own motion.

This Court sets a Status Conference on Petitioner's Petition for Writ of Habeas Corpus [ECF 1] on **June 4, 2026 at 3:00 p.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado, 80294. It is an in-person proceeding.

The purpose of the conference is to hear oral arguments on issues related to the Petition and its briefing.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), this Court updates the case caption with the names of those Respondents who are the current office holders.

In preparation for the conference, the Parties shall supplement the record with additional information relating to any reviews of Petitioner's detention (i.e., custody reviews) that have occurred since she was detained on March 11, 2026. The Parties also shall identify all times that Petitioner was in custody before March 11, 2026.

The Parties shall file their respective notices (or alternatively a joint notice) with the above requested information by **June 1, 2026**.